

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EX PARTE: JUAN VALERO., | § | No. 08-22-00172-CR |
| Appellant. | § | Appeal from |
| | § | 384th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20200D05272) |
| | § | |

# **O R D E R**

The Court GRANTS the State's motion to unseal psychological records.

IT IS SO ORDERED this 2nd day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.